| | |
|---|---|
| **From:** | Vondle, David |
| **Sent:** | Friday, October 16, 2020 12:14 PM |
| **To:** | info@LionsDentalSupply.com |
| **Subject:** | Attention Jeff | Follow-up from today's call re 3M v. American Dental Equipment/Lion's Dental Supply |
| **Attachments:** | 2020-10-09 [1] COMPLAINT of 3M.pdf |

Jeff,

Thank you for speaking with me yesterday.  As I mentioned on the call, my name is David Vondle and I am a partner at Akin Gump Strauss Hauer & Feld LLP.  As discussed, we filed a lawsuit against American Dental Equipment/Lion's Dental Supply last Friday (October 9), on behalf of our client 3M Company.  In the complaint, 3M asserted that you have sold or offered for sale counterfeit 3M-branded respirator products.  In addition, 3M alleged these products infringe and dilute 3M's trademarks, constitute false advertising that suggest a false endorsement, association, and designation of origin, as well as acts of unfair competition under state and federal law and passing off under California common law.  A courtesy copy of the complaint filed by 3M, without the exhibits and other supporting documents, is attached.

During our call, we discuss whether you are amenable to resolving this matter quickly, and, if not, 3M would consider serving the complaint and seeking temporary relief from the Court.  You indicated that you had stopped selling or offering for sale any counterfeit 3M N95 respirator products, and that you are interested in quickly resolving this matter.  Accordingly, we will begin preparing a draft Consent Order that we will send to you for your review, so that we can amicably resolve this matter in short order.

In the meantime, if you have any questions or would like to discuss anything related to 3M's complaint or this matter, please do not hesitate to contact me.

With warmest regards,

David

**David C. Vondle**
**AKIN GUMP STRAUSS HAUER & FELD** LLP

2001 K Street N.W.  |  Washington, DC 20006  |  USA  |  Direct: +1 202.887.4184  |  Internal: 24184
Fax: +1 202.887.4288  |  dvondle@akingump.com  |  akingump.com  |  Bio
Pronouns: he/him/his (What's this?)