| | |
|---|---|
| **From:** | Vondle, David |
| **Sent:** | Wednesday, November 25, 2020 11:28 AM |
| **To:** | info@LionsDentalSupply.com |
| **Subject:** | RE: Attention Jeff | 3M v. Lion's Dental |
| | |
| **Follow Up Flag:** | Flag for follow up |
| **Flag Status:** | Completed |

Hi Jeff,

I'm following up on our talk on Friday, where you said you would review the documents we sent you and provide your response.  As I noted in my emails  a few weeks ago, we should file the Joint Stipulation to Extend Time as soon as possible, as your response to the complaint was due a few weeks ago.  If you can let me know that we have your consent to file that document, we will do so.  For the other two documents – the settlement agreement and the consent order – we can work on those after we get your comments to them.  But I do want to emphasize that we need to file the extension at the earliest possible time, and I'd ask that you send me any comments you have to that document first.

If you have any questions, or would like to chat, just let me know.

And, of course, I hope you have a happy and safe Thanksgiving.

With warmest regards,

David

**David C. Vondle**
**AKIN GUMP STRAUSS HAUER & FELD LLP**
Direct: +1 202.887.4184 | Internal: 24184
Pronouns: he/him/his (What's this?)