KEVIN G. McBRIDE (Cal. Bar No. 195866)
kmcbride@akingump.com
CLARK GORDON (Cal. Bar No. 306317)
cgordon@akingump.com
**AKIN GUMP STRAUSS HAUER & FELD LLP**
4 Park Plaza, Suite 1900
Irvine, CA 92614
Telephone:  949-885-4100
Facsimile:   949-885-4101


DAVID C. VONDLE (Cal. Bar No. 221311)
dvondle@akingump.com
**AKIN GUMP STRAUSS HAUER & FELD LLP**
2001 K Street, N.W.
Washington, DC 20006
Telephone:  202-887-4000
Facsimile:   202-887-4288

MICHAEL P. KAHN (*pro hac vice admission*)
mkahn@akingump.com
ANDREW SCHREIBER (*pro hac vice admission*)
aschreiber@akingump.com
SVETLANA PAVLOVIC (*pro hac vice admission*)
spavlovic@akingump.com
**AKIN GUMP STRAUSS HAUER & FELD LLP**
One Bryant Park, 44th Floor
New York, NY 10036-6745
Telephone:   212.872.1000
Facsimile:    212.872.1002

Attorneys for Plaintiff
3M COMPANY

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 3M COMPANY,<br><br>                    Plaintiff,<br><br>          v.<br><br>AMERICAN DENTAL EQUIPMENT, LLC d/b/a LION'S DENTAL SUPPLY a/k/a LION'S DENTAL SUPPLY & EQUIPMENT,<br><br>                    Defendant. | Case No. 5:20-cv-2128-JWH-SHK<br><br>**PLAINTIFF'S UPDATE TO RESPONSE TO ORDER TO SHOW CAUSE (D.I. 22) AND REQUEST FOR ADDITIONAL TIME TO ENGAGE IN SETTLEMENT DISCUSSIONS** |

In its Response to the Court's Order to Show Cause (D.I. 22), 3M Company ("3M") informed the Court that 3M and American Dental Equipment LLC d/b/a Lion's Dental Supply a/k/a Lion's Dental Supply & Equipment ("Defendant") had engaged in settlement negotiations to resolve this matter amicably, and respectfully requested the Court allow the parties until January 8, 2021 to resolve this matter.   The Court subsequently issued an Order on December 11, 2020, discharging the Order to Show Cause for 3M and Defendant to continue their settlement efforts until January 8, 2021. (D.I. 23).

On December 18, 2020, Defendant informed 3M that its review of the settlement materials drafted by 3M, which includes a Consent Order and Permanent Injunction, was ongoing.   Since receiving that update from Defendant, 3M diligently inquired on December 21, 2020, January 4, 2021, January 7, 2021, and January 8, 2021 for an update into Defendant's review of the settlement materials and/or if Defendant required additional time to complete its review.   To date, Defendant has not responded to any of 3M's communications since December 18, 2020.   In addition, 3M prepared and circulated a joint stipulation for additional time to Defendant, who did not respond.

In view of the foregoing, in particular Defendant's December 18, 2020 communication about its continued review of the settlement materials, 3M is willing to give Defendant additional time to review the settlement materials despite Defendant's failure to consistently engage in settlement discussions and respond to 3M's requests for an update.   Nevertheless, 3M's patience is running thin and 3M is concerned that Defendant is engaging in gamesmanship despite 3M's ongoing and repeated efforts to engage the Defendant to resolve this matter.

Accordingly, 3M respectfully requests the Court grant the parties until February 8, 2021 to finalize their settlement discussions.   While 3M intended to file a joint stipulation with Defendant for this additional time, such a stipulation was not

1

possible to file by January 8, 2021 in view of Defendant's failure to respond to 3M's repeated entreaties for an update.  Despite its willingness to continue engaging with Defendant to resolve this matter by settlement by February 8, 2021, 3M reserves its rights to move or otherwise challenge any such pleading that may be filed by Defendant based on timeliness and all other grounds.  3M also reserves its rights to move for a default judgment against Defendant, who has not filed an Answer or other response to 3M's complaint filed on October 9, 2020.

DATED:  January 8, 2021

Respectfully submitted,

**AKIN GUMP STRAUSS HAUER & FELD LLP**

/s/ *Kevin G. McBride*
KEVIN G. McBRIDE

*Attorneys for Plaintiff*
3M COMPANY

SO ORDERED this _____ day of January 2021.

_____
UNITED STATES DISTRICT JUDGE

2