JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 3M COMPANY,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>AMERICAN DENTAL EQUIPMENT, LLC, d/b/a LIONS DENTAL SUPPLY, a.k.a., LIONS DENTAL SUPPLY AND EQUIPMENT,<br><br>　　　　　Defendant. | Case No. 5:20-cv-02128-JWH-SHKx<br><br>**JUDGMENT** |

The above-captioned matter came before the Honorable John W. Holcomb, United States District Judge, presiding in Courtroom 2 of the above-captioned Court, pursuant to the Motion for Default Judgment of Plaintiff 3M Corporation [ECF No. 29].

All claims have now been resolved, as follows: in the Order Granting Plaintiff's Motion for Default Judgment filed substantially concurrently herewith, the Court granted default judgment in favor of Plaintiff.

Now, therefore, pursuant to Rules 55 and 58 of the Federal Rules of Civil Procedure, **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment be entered as follows:

1. This Court possesses jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a) & (b).

2. American Dental Equipment, LLC d/b/a Lion's Dental Supply a/k/a Lion's Dental Supply & Equipment ("Defendant"), its agents, servants, employees, officers, and all persons and entities in active concert and participation with them, are **PERMANENTLY ENJOINED AND RESTRAINED** from the following:

   a. Misusing the 3M Trademarks[1] (or any other mark(s) confusingly similar thereto) for, on, and/or in connection with the manufacture, distribution, advertising, promoting, offering for sale, and/or sale of any goods or services, including, without limitation, 3M-branded N95 respirator products, including but not limited to (i) using the 3M Trademarks in a way that misrepresents Defendant's relationship with 3M or 3M's relationship with the products being offered

---

[1] 3M advertises and promotes its products under the standard-character mark "3M" and the 3M logo (jointly, the "3M Trademarks"). *See* Compl. [ECF No. 1] ¶ 35 (defining the 3M Trademarks and incorporating the 3M logo).

by Defendant; and (ii) using the 3M Trademarks in way that dilutes their distinctive quality or tarnishes 3M's reputation;

   b. Falsely representing themselves as being authorized distributors, authorized suppliers, authorized sellers, authorized retailers, and/or licensees of 3M and/or any of 3M's products (including, without limitation, 3M-branded N95 respirator products) and/or otherwise falsely representing to have an association or affiliation with, sponsorship by, and/or connection with, 3M and/or any of 3M's products and/or 3M's officers or employees; and

   c. Engaging in conduct involving the advertisement or sale of 3M-branded products.

  3. Defendant is **DIRECTED** forthwith to destroy all unauthorized goods and materials within its possession, custody, and control that bear, feature, and/or contain any copy or colorable imitation of 3M's Trademarks.

  4. Plaintiff 3M Corporation ("Plaintiff") shall have judgment against Defendant for Plaintiff's costs of suit in the amount of **$6,872.11** and for Plaintiff's attorneys' fees in the amount of **$50,000.00**. Each sum shall bear post-judgment interest at the rate of 0.07 percent.

  5. To the extent that any party requests any other form of relief, such request is **DENIED.**

  **IT IS SO ORDERED.**

Dated: July 26, 2021

John W. Holcomb
UNITED STATES DISTRICT JUDGE

-3-